**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Foley & Lardner LLP , Plaintiff(s), v. Nikesh Patel et al., Defendant(s). | Case No. 15 C 5912 Judge Amy J. St. Eve |

### ORDER

IT IS HEREBY ORDERED that all issues are consolidated for all purposes under 14 C 7581. The above entitled case is hereby dismissed. All pleadings are to be filed in case 14 C 7581. All pending parties and counsel in the associated case, 15 C 5912, are to be linked to the lead case number, 14 C 7581. Civil case terminated. Consolidated for all purposes. See docket of 2014cv7581 for all further entries.

Date: 7/13/2015

Amy J. St. Eve
United States District Judge